## Shaver's Admr. v. Ewald's Exor.

### (Decided April 14, 1911.)

### Appeal from Jefferson Circuit Court, Chancery, 2nd Division.

A legatee, accepting his legacy under a will which provides that the legacy shall be in full of all interest in the estate, accepts the will and is bound by his election, although the will may be afterwards contested and held invalid.

KOHN, BAIRD, SLOSS & KOHN for appellant.

P. B. MUIR, CHAS. H. GIBSON and GIBSON, MARSHALL & GIBSON for appellee.

RESPONSE TO PETITION FOR REHEARING BY CHIEF JUSTICE HOBSON.

In the original opinion we said:

"Ewald left an estate of between $2,000,000 and $3,000,000. He had adopted three children to whom he left the bulk of his estate in trust; and it is alleged that he apprehended that his brothers and sisters might attack the validity of the adoption of the children, and might contest the will. His brothers and sisters and their descendants were his heirs at law, and would receive the property if the will was broken." (See Shaver's Admr. v. Ewald's Exor., 142 Ky. 472.)

In saying that his brothers and sisters and their descendants were Ewald's heirs at law and would receive the property if the will was broken, we did not have in mind the validity of the adoption of the children, or pass thereon, as this matter was not before us. We only meant that his brothers and sisters and their descendants were by blood his next of kin. We merely stated the facts to illustrate the probable intention of the testator in making the third paragraph of the will and to explain the controversy before us.

Those legatees who accept the legacies will accept them under the will and in full of all interest in the estate. After they have so accepted their legacies they cannot

say it is not the testator's will. It will be the testator's will as to them, whatever it may be as to others. By accepting the legacies they agree that it is the will of the testator, and agree to receive the legacies in full of all interest in the estate. To hold otherwise would be to allow part of the legatees to accept their legacies under the will and then furnish this money to other legatees to carry on a contest over the will, or to allow them to take what is given them under the will and then without risking anything, to take the chance of getting more of the estate if the contest was successful, and to lose nothing if it was unsuccessful. The will was drawn to prevent this. If the will should be contested and held invalid, any estate that would fall to any legatee who has accepted his legacy under the will, it being still the will as to him, will pass under it; and as therein directed to the devisees named in it; and only that part of the estate that in case of intestacy would fall to those who have not accepted their legacies will be affected by a successful contest of the will.

Petition overruled. Whole court sitting except Judge O'Rear.